**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK MILFORD PECK, | |
|     Petitioner, | 2-05-CV-1158-RLH-PAL |
| vs. | |
| WARDEN NEVEN, *et al.*, | **ORDER** |
|     Respondents. | |

       In this action on a petition for writ of habeas corpus, Frank Milford Peck, a prisoner at the High Desert State Prison, in Nevada, moves the court for an order directing prison officials to permit him daily law library access (docket #48), contending that the average five hours per week is inadequate. Respondents have not opposed the motion. However, petitioner has not demonstrated an extraordinary need for additional access to the law library or a denial of access to the courts because of limited law library access. *See Lewis v. Casey,* 518 U.S. 343 356-57 (1996). Moreover, the right to access the court does not include a right to discover claims or to litigate them effectively once they are filed. *Id.*, at 354-55; *Madrid v. Gomez,* 190 F.3d 990, 995 (9th Cir. 1999).

       At this time, petitioner's action is subject to a motion to dismiss. Petitioner has filed his opposition to that motion an the court is awaiting respondent's reply. There is nothing in this action that requires petitioner's on-going legal research. The motion shall be denied.

**IT IS THEREFORE ORDERED** that petitioner's Motion for Submission (docket #55) is **GRANTED.**

**IT IS FURTHER ORDERED** that petitioner's Motion for Court-Ordered Law Library Access (docket #48) is **DENIED**.

Dated, this   31st   day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE

2